UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SANI-KAN COMPANY, INC.

Plaintiff,

v.

POWER WASTE SYSTEMS, INC.

Defendant

CA 06 305S

CIVIL ACTION NO. 06-

## COMPLAINT

## JURISDICTION

1. The Plaintiff, Sani-Kan Company, Inc. (hereinafter sometimes referred to as "Sani-Kan"), is a Rhode Island corporation with a principal place of business in East Providence, Rhode Island.

2. The Defendant, Power Waste Systems, Inc. ( hereinafter sometimes referred to as "Power Waste"), is an Alabama company with a principal place of business at 29 Second Avenue North, Birmingham, AL 35205.

3. There is diversity jurisdiction in this matter and the amount of damages exceeds the sum or value of $75,000.00, exclusive of interest and costs.

## FACTS

4. On or about September 9, 2005, the Plaintiff, Sani-Kan, and the Defendant, Power Waste, entered into a contract whereby Sani-Kan agreed to lease to Power Waste up to four (4) shower trailers at the rate of $5,000 per trailer per month on a month-to-month basis (hereinafter "the Contract"). A true and accurate copy of the Contract is attached hereto as Exhibit A and is incorporated herein.

5. Pursuant to the terms of the Contract, on or about September 20, 2005, Sani-Kan delivered to Power Waste two (2) shower trailers. The trailers were delivered to a location in Gulfport, Mississippi, as directed by Power Waste.

6. Power Waste accepted delivery of the shower trailers and, pursuant to the Contract, forwarded a check to Sani-Kan for the first month's rent in the amount of $9937.07. A true and accurate copy of the check is attached hereto as Exhibit "B" and incorporated herein.

7. No further payments have been made by Power Waste to Sani-Kan and, despite demand, Power Waste has refused to return the two (2) shower trailers to Sani-Kan or to pay any of the sums owed pursuant to the Contract.

8. In addition to refusing to return the shower trailers to Sani-Kan, Power Waste has also refused to disclose the present location of the two (2) trailers.

**COUNT I**
**(Breach of Contract)**

9. Plaintiff repeats and realleges Paragraphs 1 through 8 of this Complaint as if each were more fully set forth herein.

10. Power Waste is in material breach of its contract with Sani-Kan.

11. As a direct and proximate result of Power Waste's breach, Sani-Kan has incurred damages for overdue and accruing rentals in an amount in excess of $80,000.00, which damages continue to accrue at the rate of $10,000 per month, exclusive of taxes, interest and costs.

**COUNT II**
**(Conversion)**

12. Plaintiff repeats and realleges Paragraphs 1 through 11 of this Complaint as if each were more fully set forth herein.

13. By failing to return the two (2) shower trailers to Sani-Kan and by refusing to inform Sani-Kan of their location, Power Waste has converted to its own use the shower trailers owned by Sani-Kan.

14. The value of the property converted by Power Waste is in excess of the jurisdictional limits of this court.

**COUNT III**
**(Fraud)**

15. Plaintiff repeats and realleges Paragraphs 1 through 14 of this Complaint as if each were more fully set forth herein.

16. Power Waste fraudulently induced Sani-Kan to enter into the Contract. The promise to make rental payments to Sani-Kan for the shower trailers was false and Power Waste knew its statements were false when it entered into the Contract.

17. Sani-Kan reasonably relied upon the statements of Power Waste, all to its detriment.

18. As a direct and proximate cause of the fraudulent acts of the Defendant, Sani-Kan sustained damages in excess of $120,000.00.

**COUNT IV**
**(Injunctive Relief)**

19. Plaintiff repeats and realleges Paragraphs 1 through 18 of this Complaint as if each were more fully set forth herein.

20. The refusal of Power Waste to return the subject shower trailers to Sani-Kan has caused irreparable harm to Sani-Kan requiring injunctive relief.

**RELIEF SOUGHT**

WHEREFORE, Plaintiff prays that this Court:

1. Enter judgment in favor of the Plaintiff, Sani-Kan Company, Inc. and against the Defendant, Power Waste Systems, Inc., and award compensatory damages in the amount of the rents due and accruing on Count I of the Complaint;

2. Enter judgment in favor of the Plaintiff, Sani-Kan Company, Inc. and against the Defendant, Power Waste Systems, Inc., and award compensatory damages in the amount of at least $125,000.00 on Count II of the Complaint;

3. Enter judgment in favor of the Plaintiff, Sani-Kan Company, Inc. and against the Defendant, Power Waste Systems, Inc., and award compensatory damages in the amount of at least $125,000 on Count III of the Complaint;

4. Enter judgment in favor of the Plaintiff, Sani-Kan Company, Inc. and against the Defendant, Power Waste Systems, Inc., and award punitive damages on Counts II and III of the Complaint;

5. Enter a temporary restraining order, then a permanent injunction against the Defendant, Power Waste Systems, Inc., preventing it from using, renting, selling, encumbering, or conveying the two (2) shower trailers and

ordering that the Defendant return the two trailers to the Plaintiff, Sani-Kan Company, Inc.;

6. Award Plaintiff attorneys' fees, costs and disbursements in this action, as well as prejudgment interest; and

7. Grant such other relief as this Court deems appropriate.

Respectfully submitted,

SANI-KAN COMPANY, INC.
By its attorney,

Kevin J. Bristow, Esq. (#3984)
505 Turks Head Building
Providence, Rhode Island 02903
401-521-2800; fax 401-521-2812

Dated: July 6, 2006