EXHIBIT A

# Sani-Kan / Sandcastles

P.O. Box 7251
Rumford, RI 02916
800-866-5266 401-431-0411
Fax 401-431-1425

## CONTRACT

| | |
|---|---|
| **Date:** September 9, 2005 | **Fax #:** 205-322-2005 |
| **Customer / Company:** Power Waste | **Delivery Location:** |
| **Contact:** John Bryant | **City, State:** MS |
| **Address:** 29 Second Ave. North | **Delivery Date:** |
| **City, State, Zip:** Birmingham, AL 35205 | **Pick-Up Date:** |

***Sani-Kan / Sandcastles will supply the following Rentals and/or Services as follows:***

**4 Shower Trailers @ $5,000.00 Per Trailer Per Month**
Trailer price is before tax

******Please provide a certificate of insurance with Sanmass, Inc. named as additional insured: to cover total damage to shower units, total loss of shower units or if units are not returned at the end or rental***
******Please provide Tax-Exempt Certification***

***Advisements:***

*-During transportation exit lights have a tendency to break, please repair and forward bills to Sanmass, Inc.*
*-Power Waste must provide 100 lbs propane cylinders w/ quick connect hook-ups*
*-Each unit will have one 50 ft. drain hose & one electrical ground*

PER AGREEMENT PLEASE FORWARD FIRST MONTH PAYMENT BY OVERNIGHT PARCEL CARRIER

PLEASE FORWARD TRANSPORTATION COST OF $4,530.00 per TRUCK FOR TWO TRUCKS TOTAL $9,060.00 PAYABLE TO: Precision Towing, 100 South Street, Johnston, RI 02919

*CUSTOMER IS RESPONSIBLE FOR RETURN TRANSPORTATION COSTS*
THIS IS A MONTH-TO-MONTH CONTRACT NOT TO BE PRO-RATED
*To accept this agreement and all terms please sign and return to the address above*

**Contract Accepted:**

**Accepted By:** [signature] **Title:** President **Date:** 9-9-05

[signature] **Date:** 9-9-05
**Patrick Mason**
**Sani-Kan/ Sandcastles**

EXHIBIT B



Power Waste Systems, Inc.

**POWER POTTY SYSTEMS, INC.**
29 2nd Ave North 205-322-6005
Birmingham, AL 35204

2914
61-590/620

DATE 9-20-05

PAY TO THE ORDER OF Sani-Kan $ 9937.07

Nine thousand nine hundred thirty-seven 07/100 DOLLARS

REGIONS BANK

FOR 2 showertrlrs — minus repairs

⑈002914⑈ ⑆062005690⑆ 03 0117 9152⑈