UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SANI-KAN COMPANY, INC.<br>Plaintiff,<br>v.<br>POWER WASTE SYSTEMS, INC.<br>Defendant | CIVIL ACTION NO. 06- 305S |

**MOTION FOR ENTRY OF DEFAULT**

Now comes the Plaintiff in the above-referenced matter, Sani-Kan Company, Inc., by and through its attorney, and hereby moves that default be entered against the Defendant, Power Waste Systems, Inc. In support of this Motion, the Plaintiff relies upon the Affidavit of Kevin J. Bristow, Esq., filed herewith.

Respectfully submitted,

SANI-KAN COMPANY, INC.
By its attorney,

Kevin J. Bristow, Esq. (#3984)
505 Turks Head Building
Providence, Rhode Island 02903
401-521-2800; fax 401-521-2812

Dated: August 23, 2006

**Certification**

I hereby certify that on this 25th day of August, 2006, I caused a copy of the within Motion for Entry of Default to be served upon the Defendant, Power Waste

Systems, Inc., by delivering the same via certified mail, return receipt requested, and by first class mail, to: John Bryant, Registered Agent for Power Waste Systems, Inc., 29 Second Avenue North, Birmingham, AL 35204.

Laurel K. Bristow