UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SANI-KAN COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>POWER WASTE SYSTEMS, INC.<br><br>Defendant | CIVIL ACTION NO. 06- 305S |

**AFFIDAVIT OF KEVIN J. BRISTOW, ESQ.**

Kevin J. Bristow, being duly sworn, hereby states and attests as follows:

1. I am an attorney at law, duly licensed to practice in this Court and the State of Rhode Island.

2. I am the attorney for the Plaintiff, Sani-Kan Company, Inc., with respect to the above-referenced matter.

3. On July 12, 2006, I caused the Defendant, Power Waste Systems, Inc., to be served with a Summons and Complaint in the above-captioned matter. The Summons and Complaint were served on the Defendant's Registered Agent for Service, John Bryant, at the address on file with the Secretary of State in Alabama. Service was made by Certified Mail, return receipt requested, and by first class mail. The return receipt indicates that the Defendant received the Summons and Complaint on July 17, 2006. A return of service has been filed with the Court.

4. More than 20 days have passed since service was effected on the Defendant and no response to the Summons and Complaint has been filed or received by my office or by my client.

5. Upon information and belief, this Court has both subject matter and personal jurisdiction over the Defendant.

6. It is respectfully requested that default be entered against the Defendant in this matter forthwith.

KEVIN J. BRISTOW

PROVIDENCE, SC
STATE OF RHODE ISLAND

Subscribed and sworn to before me this 25th day of August, 2006.

Dianne Almonte Notary Public
NOTARY PUBLIC
My commission expires on: 1/9/2010