# United States District Court

DISTRICT OF RHODE ISLAND

SANI-KAN COMPANY, INC.

v.

POWER WASTE SYSTEMS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-305 S

TO: (Name and Address of Defendant) POWERWASTE SYSTEMS, INC.
29 2nd Avenue North
Birmingham, AL 35204

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address) KEVIN J. BRISTOW, ESQ.
505 Turks Head Bldg.
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 7-6-06

BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7-12-06 |
|---|---|
| NAME OF SERVER LAUREL K BRISTOW | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): I sent a copy of the summons and complaint to John Bryant, as registered agent for Power Waste Systems, Inc. 29 Second Ave. N., Birmingham, AL, via certified mail, return receipt requested, and a second copy of * (see below)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-22-06 (Date) Laurel K Bristow (Signature of Server)

76 Westminster St, Suite 505
Providence, RI 02903
Address of Server

* the summons and complaint to John Bryant, as registered agent for Power Waste Systems, Inc., at the same address, via first class mail. A copy of the return receipt, indicating delivery on July 17, 2006, is attached hereto.

FILED
2006 SEP -1 P 1:15
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN BRYANT
REG. AGT. for POWER WASTE
29 SECOND AVE No
BIRMINGHAM, AL
32504

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Vicki Prewitt ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 9/17/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7005 0390 0001 9637 0721

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540