**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**SANI-KAN COMPANY, INC.**

**vs.** **CIVIL ACTION NO. 06-305S**

**POWER WASTE SYSTEMS, INC.**

# MOTION FOR ENTRY OF DEFAULT JUDGMENT

Now comes the Plaintiff in the above-entitled matter, Sani-Kan Company, Inc., by and through its attorney, and hereby moves that a default judgment be entered against the Defendant, Power Waste Systems, Inc.. In support of this Motion, the Plaintiff relies upon its Memorandum of Law, filed herewith.

Respectfully submitted,
Plaintiff
SANI-KAN COMPANY, INC.
By its attorney,

_______/S/______________________

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800; Fax 401-521-2812
kjbristowlaw@verizon.net

Dated: December 15, 2006

**Certification**

I certify that on January 31, 2007, I caused a true copy of the within Motion for Entry of Default Judgment to be served upon the Defendant, Power Waste Systems, Inc., by delivering the same via certified mail, return receipt requested, and by first class mail, to: John Bryant, Registered Agent for Power Waste Systems, Inc., 29 Second Avenue North, Birmingham, AL 35204.

____________/S/___________________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**SANI-KAN COMPANY, INC.**

**vs.** **CIVIL ACTION NO. 06-305S**

**POWER WASTE SYSTEMS, INC.**

## MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

Now comes the Plaintiff in the above-referenced matter, Sani-Kan Company, Inc., by and through its attorney, and hereby supplies this Memorandum of Law in Support of Plaintiff's Motion for Default Judgment.

### Factual Background

In September 2005, the Plaintiff and Defendant entered into a contract whereby Defendant rented two (2) shower trailers at a rental cost of $5,000 each per month. The trailers were delivered to the Defendant on or about September 20, 2005, and the first month's rent was paid at that time. Since that time, despite demand, the Defendant has made no further payments and has refused to divulge the whereabouts of the two trailers. Attached hereto and incorporated herein are the affidavits of Patrick Mason, General Manager of Sani-Kan Company, Inc., and Richard Branch, attesting to the facts set forth above.

On or about July 6, 2006, suit was instituted against Power Waste Systems, Inc., in which the Plaintiff seeks compensatory and punitive damages, as well as equitable relief in the form of an order for the return of the trailers. Service was made upon the Defendant via certified mail, return receipt requested, to the Registered Agent, John

Bryant. No response was received and a default was entered by the Court clerk on September 1, 2006. It is now requested that a default judgment be entered.

**Damages**

The Plaintiff seeks compensatory damages in the amount of the rentals due and owing, as well as attorneys' fees. The rent due and owing as of September 20, 2006 was $110,000. Plaintiff also seeks punitive damages against this defendant for its failure and refusal to return the trailers that were leased to it. Punitive damages are sought on the basis that the Defendant has not only refused to pay rental payments as contracted for, but has also refused to disclose the whereabouts of Plaintiff's property. Further, upon information and belief, the Defendant is leasing these same trailers to the United States Government for use in the cleanup of Hurricane Katrina, at a rental rate greatly in excess of the amount of rental charged by Sani-Kan. The conduct of the Defendant in seeking to profit from the disaster of Hurricane Katrina, at the expense of taxpayers, while failing to pay rent on property that is not theirs is outrageous and cries out for punitive damages.

Defendant's conduct is even more outrageous in that it has concealed the whereabouts of the Plaintiff's property. Plaintiff therefore seeks equitable relief, in the form of a permanent injunction, preventing the Defendant from using Plaintiff's property and further requiring the Defendant to return the Plaintiff's property to it.

Attached hereto as Exhibit "A" is the affidavit of Patrick Mason, the General Manager of Sani-Kan Company, Inc. Mr. Mason sets forth the terms of the contract and details the breach of the contract by Power Waste Company, Inc., including the refusal of Defendant to return the two trailers to Sani-Kan. Also attached hereto as Exhibit "B" is the affidavit of Richard C. Branch, a principal of Precision Towing. Mr. Branch delivered the two trailers to the Defendant and also contacted them about picking up the trailers once a breach had occurred. As stated in Mr. Branch's affidavit, the Defendant has failed to disclose the whereabouts of the trailers and has further refused to return the trailers.

**Conclusion**

The Defendant sought out Sani-Kan to rent the two shower-trailers. It entered into a binding contract for the rental of the trailers and, after an initial payment, has breached the contract and failed to return Sani-Kan's property. Sani-Kan served Defendant with a Summons and Complaint in this matter and Defendant has failed to respond. The Clerk of the Court entered a default in this matter on September 1, 2006. It is respectfully requested that this Court enter a default judgment in this case in the amount of $145,000, the amount of overdue rent, plus the cost of the trailers, together with attorneys' fees in the amount of $5,000, costs in the amount of $350, punitive damages in the amount of $200,000, and an order directing the Defendant to return the trailers to Sani-Kan forthwith.

Respectfully submitted,
Plaintiff
SANI-KAN COMPANY, INC.
By its attorney,

_________/S/______________________
Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800; Fax 401-521-2812
kjbristowlaw@verizon.net

Dated: December 15, 2006

**Certification**

I certify that on January 31, 2007, I caused a true copy of the within Memorandum in Support of Motion for Entry of Default Judgment to be served upon the Defendant, Power Waste Systems, Inc., by delivering the same via certified mail, return receipt requested, and by first class mail, to: John Bryant, Registered Agent for Power Waste Systems, Inc., 29 Second Avenue North, Birmingham, AL 35204.

_________________/S/______________