STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

# AFFIDAVIT

I, Patrick Mason, first being duly sworn, on oath, make affidavit and say:

1. That I am the General Manager of Sani-Kan Company, Inc., a Rhode Island corporation, and the Assistant Vice President of Sanmass, Inc., a Massachusetts corporation, hereinafter collectively referred to as "Sani-Kan."

2. That Sani-Kan entered into a contract with Power Waste Systems, Inc. a/k/a Power Potty, Inc. (hereinafter collectively "Power Waste") dated September 9, 2005, for the rental of two (2) shower trailers at a rental cost of Five Thousand Dollars ($5,000.00) each per month.

3. That two (2) trailers were sent and delivered on or about September 20, 2005.

4. That upon receipt of the trailers, a check was received from Power Waste in the amount of Nine Thousand Nine Hundred Thirty-seven and 07/100 Dollars ($9,937.07) representing the first month's lease payment minus Sixty-two and 93/100 Dollars ($62.93) for damage to a light on one of the trailers.

5. That since September 20, 2005, no payments have been received, although rent has been continuously requested.

6. That Power Waste is now several months in arrears.

7. That Power Waste is refusing to return the trailers despite demand and presently exceeds Eighty Thousand Dollars ($80,000.00).

8. That an agent of Sani-Kan, Richard C. Branch, Jr., contacted Power Waste to arrange pickup of the trailers and was advised that Power Waste would not tell him where the trailers were located.

9. That the value of the trailers is approximately Twenty-two Thousand Five Hundred Dollars ($22,500.00) each.

PATRICK MASON

Subscribed and sworn to before me in Providence, Rhode Island, this 24th day of May, 2006.

James M. Sloan III

Notary Public

My Commission Expires: June 13, 2009