STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

# AFFIDAVIT

I, Richard C. Branch, Jr., first being duly sworn, on oath, make affidavit and say:

1. That my company is called Precision Towing and I am in the business of making deliveries of trailers for the general public and in particular, Sani-Kan Company, Inc. and Sanmass, Inc., hereinafter collectively referred to as "Sani-Kan."

2. That I was retained by Sani-Kan to deliver two (2) shower trailers to Power Waste Systems, Inc. a/k/a Power Potty Systems, Inc., hereinafter collectively referred to as "Power Waste."

3. That I delivered the two (2) trailers on or about September 20, 2005, pursuant to the direction of Power Waste, to a location in Gulfport, Mississippi.

4. That I was subsequently contacted by Sani-Kan to pick up the trailers and return them to East Providence, Rhode Island.

5. That I contacted Power Waste and spoke with "Vicki" who advised me that the trailers would not be returned and that she would not disclose their whereabouts to either myself or Sani-Kan.

6. That I advised Sani-Kan of my conversation with "Vicki" of Power Waste.

Richard C. Branch
RICHARD C. BRANCH, JR.

Subscribed and sworn to before me in Johnston, R.I, on the 16 day of August, 2006.

Delia Silva #53065
Notary Public

My Commission Expires: 3/26/08