UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

11 2007
Property of U.S. District Court
District of Rhode Island

SANI-KAN COMPANY, INC. :
Plaintiff :
v. : CIVIL ACTION NO. 06-305S
POWER WASTE SYSTEMS, INC. :
Defendant :

**JUDGMENT**

This matter came before the Court, the Honorable William Smith presiding, on the Plaintiff's Motion for Entry of Default Judgment and after consideration thereof and following entry of an Order by the Court granting the Plaintiff's Motion for Default Judgment, judgment is hereby entered in favor of the Plaintiff, Sani-Kan Company, Inc., and against the Defendant, Power Waste Systems, Inc., as follows:

It is Ordered and Adjudged

1. That the Plaintiff recover from the Defendant compensatory damages in the amount of $160,000.00, representing rentals due and owing under the contract through February 20, 2007 (Count I), with interest thereon as provided by law, and his costs of action;
2. That the Plaintiff recover from the Defendant compensatory damages in the amount of $45,000.00, on the count of conversion (Count II), with interest thereon as provided by law, and his costs of action;

3. That the Plaintiff recover from the Defendant punitive damages in the amount of $160,000.00 (Count III);
4. That the Defendant, Power Waste Systems, Inc., be and is permanently enjoined from using, renting, selling, encumbering, or conveying the two (2) shower trailers that are the subject of this litigation, and is ordered to return the trailers to the Plaintiff,, Sani-Kan Company, Inc., forthwith; and
5. That the Defendant shall pay the Plaintiff's attorneys' fees in the amount of $4,375.00.

Dated at Providence, Rhode Island, this 12 day of April, 2007.

Clerk of Court

Enter:
WESmith
USDJ
4/12/07